■ In the Matter of KIAMBU PORTER, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [49 NYS3d 333]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered October 27, 2015 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner appeals from a judgment dismissing his petition seeking to annul the Parole Board's determination denying him parole release. We conclude that "[t]his appeal must be dismissed as moot because the determination expired during the pendency of this appeal, and the Parole Board denied petitioner's subsequent request for parole release" (*Matter of Patterson v Berbary*, 1 AD3d 943, 943 [2003], *appeal dismissed and lv denied* 2 NY3d 731 [2004]; *see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Contrary to petitioner's contention, the exception to the mootness doctrine does not apply here (*see Matter of Sanchez v Evans*, 111 AD3d 1315, 1315 [2013]; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Whalen, P.J., Smith, Carni, Lindley and NeMoyer, JJ.